IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


DEVIE R. FREEMAN                                        PLAINTIFF

VS.                          CIVIL ACTION NO. 3:13-cv-844(DCB)(MTP)

CITY OF YAZOO CITY POLICE
DEPARTMENT; ERIC G. SNOW,
INDIVIDUALLY AND IN HIS CAPACITY AS
CHIEF OF POLICE FOR YAZOO CITY,
MISSISSIPPI; BOARD OF ALDERMAN;
CHARLES O'REILLY, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS BOARD OF
ALDERMAN; DR. JACK VARNER, INDIVIDUALLY
AND IN HIS CAPACITY AS BOARD OF ALDERMAN;
CLIFTON JONES, INDIVIDUALLY AND IN HIS
CAPACITY AS BOARD OF ALDERMAN; AND AUBRY
BRENT, JR., INDIVIDUALLY AND IN HIS
CAPACITY AS BOARD OF ALDERMAN                          DEFENDANTS


ORDER

     This cause is before the Court on the defendants' Motion for

Extension of Time **(docket entry 22)** to respond to the plaintiff's

motion to amend his complaint.  The court finds that the motion

should be granted.  Accordingly,

     IT IS HEREBY ORDERED that the defendants' Motion for Extension

of Time **(docket entry 22)** to respond to the plaintiff's motion to

amend his complaint is GRANTED, and the defendants' response is due

on October 24, 2014.

     SO ORDERED, this the 22nd day of October, 2014.


                         /s/ David Bramlette
                         UNITED STATES DISTRICT JUDGE